NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMSTED RAIL COMPANY, INC.,**
*Appellant*

**v.**

**JOHN A. SQUIRES, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2024-2345, 2025-1067

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-00538, IPR2023-00539.

---

**JUDGMENT**

---

RYAN NORTH MILLER, Fox Rothschild LLP, Philadelphia, PA, argued for appellant. Also represented by JEFF E. SCHWARTZ, Washington, DC.

MONICA BARNES LATEEF, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA,

argued for intervenor.  Also represented by NICHOLAS THEODORE MATICH, IV, ROBERT MCBRIDE.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, CHEN, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 3, 2026
Date

Jarrett B. Perlow
Clerk of Court